United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LeRoy Henry Nassif, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action H-21-1152 |
| § | |
| Janet Yellen and § | |
| Internal Revenue Service, § | |
| Defendants. § | |

# Report and Recommendation

Plaintiff LeRoy Henry Nassif filed this employment dispute in April 2021 and amended his complaint in December 2021. ECF Nos. 1, 24. Defendants Janet Yellen and the Internal Revenue Service moved for partial dismissal of Nassif's first amended complaint. ECF No. 29. In his response to the motion, Nassif, pro se, requested leave to amend his complaint. ECF No. 50 at 6. The court granted leave to amend. ECF No. 55.

On the deadline for filing the amended complaint, Nassif filed a document titled "Motion to Amend Claim." ECF No. 61. Upon review, the court has determined that the document is Nassif's timely filed amended complaint—now Nassif's live pleading, and that the exhibits are attachments thereto. *See* ECF No. 61. Based on this determination, the court recommends that Defendant's motion to dismiss, ECF No. 29, and Plaintiff's motion for summary judgment, ECF No. 53, be denied as moot without prejudice to refiling.

Defendants' deadline for responding to Nassif's motion for summary judgment is vacated. Defendants shall answer or otherwise respond to the amended complaint by May 24, 2022. The deadline for filing dispositive motions is September 2, 2022. All other deadlines remain.

The parties have fourteen days from service of this memorandum and recommendation to file written objections. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on May 10, 2022.

_____
Peter Bray
United States Magistrate Judge