| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

LeRoy Henry Nassif, §
   Plaintiff, §
 §
v. §   Civil Action H-21-1152
 §
Janet Yellen, et al., §
   Defendants. §

## Order of Adoption

On May 10, 2022, Magistrate Judge Peter Bray recommended that the court deny Defendant's motion to dismiss (29) and Plaintiff's motion for summary judgment (53) as moot. No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on June 13, 2022.

_____
Lynn N. Hughes
United States District Judge