United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LeRoy Henry Nassif** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-1152 |
| | § | |
| **Janet Yellen et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 14, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 107). Judge Bray made findings and conclusions and recommended that "Plaintiff's Motion to Objection to United States District Court Judgement" (Dkt. No. 104), be denied. (Dkt. No. 107).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On November 29, 2022, Plaintiff filed objections. (Dkt. No. 108, 109). It is difficult to ascertain the legal bases supporting Plaintiff's objections, but the Court understands that Plaintiff disagrees with the granting of summary judgment in Defendants' favor. He makes a number of arguments already fully considered.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After

conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 107) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) "Plaintiff's Motion to Objection to United States District Court Judgement" (Dkt. No. 104), is **DENIED**.

It is SO ORDERED.

December 06, 2023

*Drew B Tipton*
———————————————
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE